KEITH REYNOLDS *v.* CAROLYN REYNOLDS

The plaintiff's petition for certification for appeal from the Appellate Court is denied.

*John C. Koelsch,* in support of the petition.

*Carolyn Reynolds,* pro se, in opposition.

Decided December 6, 1990

STATE OF CONNECTICUT *v.* BENJAMIN BELL

The defendant's petition for certification for appeal from the Appellate Court, 23 Conn. App. 315, is denied.

*Donald Dakers,* public defender, in support of the petition.

*Leon F. Dalbec, Jr.,* deputy assistant state's attorney, in opposition.

Decided December 6, 1990

BASMA SHAHAM *v.* JOHN CAPPARELLI ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 23 Conn. App. 468, is granted, limited to the following issues:

"1. Did the Appellate Court properly determine that the evidence offered in rebuttal was properly excluded by the trial court?

"2. If not, did the ruling of the trial court constitute grounds for reversal?"

*Neil W. Sutton,* in support of the petition.

*Raymond J. Plouffe, Jr.,* in opposition.

Decided December 6, 1990